UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

LLOYD VICTOR SEESTED, III,

    Petitioner,
vs.

FREDERICK SCHULTZ, ERIC TEICHBERG,
And HOWARD ROTHMAN,

    Respondents.

_____/

**PETITION TO CONFIRM ARBITRATION AWARD**

Petitioner Lloyd Victor Seested, III, hereby files this petition to confirm an arbitration award and enter judgment in accordance with the award against Frederick Schultz, Howard Rothman, and Eric Teichberg, and states the following:

a.    *Jurisdiction and Venue*

1.    Petitioner and Respondents are all registered persons under the rules of the Financial Industry Regulatory Authority, Inc. ("FINRA"). In accordance with FINRA rules, the Petition and Respondents agreed to arbitrate any disputes among themselves in accordance with the FINRA Code of Arbitration Procedure for Industry Disputes (the "FINRA Code"). They also agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration,

2.    Respondents are citizens and residents of either Maryland, Virginia, or the District of Columbia. Respondents are employed by J.P. Morgan Securities in the District of Columbia.

3. Petitioner is a citizen and resident of Palm Beach County in the State of Florida.

4. The matters in controversy exceed the sum of $500,000, exclusive of interest and costs.

5. This petition to confirm is brought pursuant to 9 U.S.C. § 9. The Court has jurisdiction of the subject matter pursuant to 28 U.S.C. § 1332(a)(1).

b. *The FINRA Arbitration*

6. Pursuant to the FINRA Code, Petitioner and Respondents arbitrated a dispute among themselves in Palm Beach County, Florida.

7. On June 15, 2022, the three-person panel of arbitrators issued their award, a copy of which is attached as Exhibit 1. Pursuant to their award, the arbitrators awarded the sum of $500,000 in favor of Petitioner and against the Respondents jointly and severally. In addition, the arbitrators awarded the sum of $100,000 in favor of Petitioner and against Respondent Rothman as a sanction for perjury. Finally, the arbitrators' award required the Respondents to reimburse Petitioner's costs.

WHEREFORE, Petitioner requests that the Court confirm the arbitration award and enter Judgment in favor of Petitioner and against the Respondents, along with interest and costs.

*Attorneys for Petitioner:*

CARLSON & ASSOCIATES, P.A.

By: /s/Curtis Carlson
Curtis Carlson, FBN 236640
One S.E. Third Avenue
Suite 1200
Miami, FL 33131
Telephone: 305-372-9700
E-mail: carlson@carlson-law.net